# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-7016**                            **September Term, 2022**

1:22-cv-00170-BAH

Filed On: June 20, 2023

Zhongshan Fucheng Industrial Investment
Co. Ltd,

        Appellee

       v.

Federal Republic of Nigeria,

        Appellant

       **BEFORE:**    Henderson, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply; and the motion for leave to file a surreply, the opposition thereto, and the lodged surreply, it is

**ORDERED** that the motion for leave to file a surreply be denied. It is

**FURTHER ORDERED** that the motion for summary affirmance be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**Per Curiam**